LAWRENCE LEADON and LAVERNIS WILSON v. THE STATE.

No. 21260. Delivered October 23, 1940.

The opinion states the case.

*H. H. Wellborn,* of Henderson, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

This case is before us without bills of exception or statement of facts. Furthermore, the transcript contains no notice of appeal. The appeal is, therefore, dismissed.